**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

GERMAN REYEZ BENITEZ,

Petitioner,

26 **CIVIL** 7362 (RA)

-against-

**JUDGMENT**

PAUL ARTETA, Sheriff, Orange County Correctional Facility; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; and TODD BLANCHE, U.S. Attorney General,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated September 2, 2026, Given the Government's non-opposition, the Court grants the Petitioner his writ of habeas corpus and orders him immediately released from custody; accordingly, the case is closed.

**DATED:** New York, New York

September 8, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**